THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* DAVID ZEIDMAN, Appellant.

(Argued January 9, 1929; decided February 13, 1929.)

*Joseph Katz* and *Henry D. Levy* for appellant.

*Charles J. Dodd, District Attorney (Henry J. Walsh* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.